ACCEPTED
03-15-00079-CR
5330245
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/18/2015 5:02:21 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00079-CR

| | | |
|---|---|---|
| **DAVID KENT THACKER, JR.** | § | **IN THE THIRD** |
| **V.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/18/2015 5:02:21 PM
JEFFREY D. KYLE
Clerk

### STATE'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

#### I.

Appellant was convicted by a jury of the offense of Driving While Intoxicated with Two or More Previous Convictions for the Same Type of Offense. The offense was thereby enhanced from a third-degree felony to habitual, and Appellant received a life sentence on January 28, 2015. Appellant's brief was filed on April 17, 2015. The State's brief is currently due on May 18, 2015.

#### II.

I am handling the appeal for the State in this case. I prepared findings of fact and conclusions of law for the District Court related to trial cause number CR2012-263, which I submitted on April 17th. I subsequently worked on and submitted findings related to writ number WR-81,373-02. I have assisted on other research

1

and appellate issues in the office, including issues related to a pending motion to abate and remand in 03-15-00153-CR and a petition for writ of mandamus in 03-15-00223-CV. I am currently trying to finish work on an appeal in 03-14-00639-CR, and I have had several recent expunctions which required research and court appearances (including a contested expunction on May 11, 2015). I will also attend an appellate law conference in Austin at the end of the month, and I will likely sit second chair for oral argument in 03-14-00669-CR on June 3, 2015. Because of the foregoing, I have not yet been able to work on a response, and respectfully request an extension of 30 days to file the State's brief in the instant cause. This is the first extension sought by Appellee.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 30 days, until June 17, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## <u>CERTIFICATE OF SERVICE</u>

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's First Motion to Extend Time to File Brief* has been delivered to Appellant DAVID KENT THACKER, JR.'s attorney in this matter:

Gerald C. Moton
11765 West Avenue, PMB 248
Austin, TX 78216
motongerald32@gmail.com
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov, this 18th day of May, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**